**Order Filed on June 6, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Anthony Adubasim<br><br>Debtor, | Case No.: 16-19518<br><br>Hearing Date:<br><br>Judge: Vincent F. Papalia |

ORDER ALLOWING ADDITIONAL TIME TO FILE SCHEDULES,
WITH CONDITIONS

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: June 6, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor(s):Anthony Adubasim
Case no.:16-19518
Caption of order: Order allowing additional time to file schedules, statement of affairs and chapter 13 plan if applicable, with Conditions

___

It is hereby ORDERED as follows:

1. That the Debtor be allowed until June 14, 2016 within which to file the schedules, statement of affairs and/or Chapter 13 plan, otherwise the case may be dismissed. This is a final extension. No further extension shall be granted except upon a showing of exceptional circumstances.

2. The Debtor shall cooperate with the Chapter 13 Trustee in providing any documentation or other information requested by the Chapter 13 Trustee.

3. As a requirement for granting this final extension, on or before June 14, 2016, the Debtor shall make all plan payments due on or before that date to the Chapter 13 Trustee and, in any event, shall be current with all plan payments due on or before the next rescheduled 341(a) hearing date. The failure to make such payments shall constitute cause for dismissal of this case upon the filing of a certification of default by the Chapter 13 Trustee upon three(3) business days' notice to the Debtor and his counsel.